B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number** 13−73404−SCS
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tremayne Alderbert White | Tressie Delores Skeeter−White |
| 4148 River Breeze Circle | 4148 River Breeze Circle |
| Chesapeake, VA 23321 | Chesapeake, VA 23321 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−7062                                Joint Debtor: xxx−xx−7224

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA                                        Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Tremayne Alderbert White and Tressie Delores Skeeter−White are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: December 30, 2013                             William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 13-73404-SCS
Tremayne Alderbert White                                                  Chapter 7
Tressie Delores Skeeter-White
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-8          User: admin              Page 1 of 3           Date Rcvd: Dec 31, 2013
                              Form ID: B18             Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2014.
```
db/jdb     +Tremayne Alderbert White,   Tressie Delores Skeeter-White,   4148 River Breeze Circle,
             Chesapeake, VA 23321-3182
11984846   +ABNB Federal Credit Union,    830 Greenbrier Circle,   Chesapeake, VA 23320-2624
11984847   +ADT,   14200 E. Exposition Avenue,   Aurora, CO 80012-2540
11984851   +Anderson Financial Services,   Loan Max,   3216 Western Branch Blvd.,   Chesapeake, VA 23321-5220
11984852   +Angelicas Violins,   200 N. Battlefield Blvd.,   Chesapeake, VA 23320-3975
11984858  ++COLUMBIA GAS,   ATTN REVENUE RECOVERY,   200 CIVIC CENTER DR 11TH FLOOR,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas Of Virginia,    P.O. Box 742529,   Cincinnati, OH 45274)
11984854   +Capital One Auto Finance,   P.O. Box 30253,   Salt Lake City, TX 84130-0253
11984855   +Charter,   1265 John Q. Hammenws #100,   Madison, WI 53717-1936
12036653   +Chartway Federal Credit Union,    1401 N. Main,   Suffolk, VA 23434-4352
11984856   +Chesapeake Diagnostic Imaging,   P.O. Box 637742,   Cincinnati, OH 45263-7742
11984857   +Chesapeake EMS,   P.O. Box 16495,   Chesapeake, VA 23328-6495
11984860   +Contract Callers, Inc.,   1058 Claussen Road Suite 110,   Augusta, GA 30907-0301
11984864    Credit Control Corp.,   Receivables Management Systems,   P.O. Box 8630,
             Richmond, VA 23226-0630
11984865   +Credit Management Solutions,   4200 International Parkway,   Carrollton, TX 75007-1912
11984867   +David D. Dickerson & Associates,   115 South Lynnhaven Road,   Virginia Beach, VA 23452-7422
11984870   +Dominion Power,   P.O. Box 26543,   Richmond, VA 23290-0001
11984872   +FCNB -Spiegal,   MCM Dept. 12421,   P.O. Box 603,   Oaks, PA 19456-0603
11984873   +Firsel Law Group,   P.O. Box 1599,   Lambard, IL 60148-8599
11984876   +First Virginia Financial Services,   3137 Western Branch Blvd.,   Chesapeake, VA 23321-5544
11984875   +First Virginia Financial Services,   2007 Victory Blvd.,   Portsmouth, VA 23702-2613
11984877   +Four Starr, LLC,   2584 Pruden Blvd.,   Suffolk, VA 23434-4229
11984879   +Hampton Roads Utility Billing Service,   1440 Air Rail Avenue,   Virginia Beach, VA 23455-3002
11984881   +Hudson Law Office,   324 S. Main Street,   Emporia, VA 23847-2028
11984882    Jefferson Capital Systems, LLC,   16 McLeland Road,   Saint Cloud, MN 56303-2198
11984883   +M. Richard Epps, P.C.,   605 Lynnhaven Parkway Suite 200,   Virginia Beach, VA 23452-7484
11984886   +Music & Arts,   1412 Greenbrier Parkway,   Chesapeake, VA 23320-2834
11984889   +Northland Group, Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
11984890   +Ogden Check Approval,   638 Independence Parkway Suite 150,   Chesapeake, VA 23320-5222
11984891   +Optimum Outcomes,   421 Fayetteville Street, Suite 600,   Raleigh, NC 27601-1777
11984892   +Oxford Law LLC,   311 Veterans Highway Ste. 100A,   Levittown, PA 19056-1422
11984893   +Paragaon Way, Inc.,   2101 W. Ben White Blvd. #103,   Austin, TX 78704-7517
11984894    Pembroke Finance,   4733 Virginia Beach Blvd.,   Virginia Beach, VA 23462
11984895   #+Pentagroup Financial,   5959 Corporate Drive Ste. 1400,   Houston, TX 77036-2311
11984897   +Plaza Recovery, Inc.,   P.O. Box 18008,   Hauppauge, NY 11788-8808
11984899   +Progessive Financial Service,   P.O. Box 22083,   Tempe, AZ 85285-2083
11984902   +Rose & Womble,   2725 Gator Road, Suite 100,   Virginia Beach, VA 23452-6856
11984903   +Sam Idah Realty,   1600 E. Little Creek Road,   Norfolk, VA 23518-4136
11984905    Sentara Collections,   P.O. Box 791168,   Baltimore, MD 21279-1168
11984906   +Seventh Avenue,   1112 7th Avenue,   Monroe, WI 53566-1364
11984908   +Stephen M. Goldstein, DDS,   6263 Portsmouth Blvd.,   Portsmouth, VA 23701-1344
11984909    Sterling Church Street Furniture,   1305 Baker Road,   Virginia Beach, VA 23455-3317
12036654    Suntrust Bank,   P.O. Box 2401,   Harrisburg, PA 17105
11984911   #+The Bureaus Inc.,   1717 Central Street,   Evanston, IL 60201-1507
11984913   +Time Residential Realty,   One Columbus Center, Sixth Floor,   Virginia Beach, VA 23462-6722
11984914   +Title Max,   1128 N. Battlefield Blvd.,   Chesapeake, VA 23320-4791
11987170   +U.S. Attorney,   101 W. Main Street, #8000,   Norfolk, VA 23510-1651
11984859  ++VIRGINIA DEPARTMENT OF TAXATION,   P O BOX 2156,   RICHMOND VA 23218-2156
             (address filed with court: Commonwealth Of Virginia,   P.O. Box 1880,   Richmond, VA 23218)
11984916    Vector Security,   1247 Olive Blvd. Ste. 250,   Saint Louis, MO 63141
11984917   +Verizon FIOS,   P.O. Box 920041,   Dallas, TX 75392-0041
11984918   +Verizon Wireless,   500 Technology Drive Suite 300,   Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          EDI: RECOVERYCORP.COM Jan 01 2014 00:43:00   The Bureaus, Inc. c/o Recovery Management Systems,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
11984845   +EDI: ATTWIREBK.COM Jan 01 2014 00:44:00      A, T & T,   P.O. Box 80701,
             Charleston, SC 29416-0701
11984849    EDI: AFNIRECOVERY.COM Jan 01 2014 00:43:00      AFNI, Inc.,   P.O. Box 3427,
             Bloomington, IL 61702-3427
11984850   +E-mail/Text: girddb@aessuccess.org Jan 01 2014 00:43:57      American Education Service,
             1200 N. 7th Street,   Harrisburg, PA 17102-1419
11984853   +E-mail/Text: bankruptcy@bayportcu.org Jan 01 2014 00:44:58      Bayport Credit Union,
             3711 Huntington Avenue,   Newport News, VA 23607-2795
11984861   +EDI: CONVERGENT.COM Jan 01 2014 00:43:00      Convergent Outsourcing, Inc.,
             10750 Hammerly Blvd. #200,   Houston, TX 77043-2317
11984863   +EDI: CCS.COM Jan 01 2014 00:43:00      Credit Collection Services,   2 Wells Avenue,
             Newton, MA 02459-3246
11984866   +EDI: RCSFNBMARIN.COM Jan 01 2014 00:43:00      Credit One Bank,   P.O. Box 98873,
             Las Vegas, NV 89193-8873
11984869    EDI: DIRECTV.COM Jan 01 2014 00:43:00      Direct TV,   P.O.Box 78626,   Phoenix, AZ 85062
```

```
District/off: 0422-8          User: admin                  Page 2 of 3                  Date Rcvd: Dec 31, 2013
                              Form ID: B18                 Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11984868      +E-mail/Text: electronicbkydocs@nelnet.net Jan 01 2014 00:44:15      Dept. Of Education / NelNet,
               121 S. 13th Street,    Lincoln, NE 68508-1904
11984871      +E-mail/Text: bknotice@erccollections.com Jan 01 2014 00:44:15      Enchanced Recovery Corp.,
               Attn: Client Services,    8014 Bayberry Raod,    Jacksonville, FL 32256-7412
11984874      +EDI: AMINFOFP.COM Jan 01 2014 00:43:00      First Premier Bank,    601 S. Minnesota Avenu,
               Sioux Falls, SD 57104-4868
11984878      +E-mail/Text: dleabankruptcy@hrblock.com Jan 01 2014 00:43:16      H & R Block,    P.O. Box 10170,
               Kansas City, KS 64171-0170
11984880      +EDI: HFC.COM Jan 01 2014 00:44:00      HSBC Card Services,    P.O. Box 5253,
               Carol Stream, IL 60197-5253
11984882       EDI: JEFFERSONCAP.COM Jan 01 2014 00:43:00      Jefferson Capital Systems, LLC,    16 McLeland Road,
               Saint Cloud, MN 56303-2198
11984884      +EDI: MID8.COM Jan 01 2014 00:43:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
11984885       EDI: MID8.COM Jan 01 2014 00:43:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
11984888      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 01 2014 00:44:22
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11984887      +EDI: NFCU.COM Jan 01 2014 00:43:00      Navy Federal,    P.O. Box 3000,   Merrifield, VA 22119-3000
11984898       EDI: PRA.COM Jan 01 2014 00:44:00      Portfolio Recovery Associates, LLC,    P.O.Box 12914,
               Norfolk, VA 23541
11984896      +EDI: PINNACLE.COM Jan 01 2014 00:44:00      Pinnacle Financial Group,
               7825 Washington Ave. S. Suite 310,    Minneapolis, MN 55439-2424
11984900       EDI: CHASE.COM Jan 01 2014 00:43:00      Providian National Bank,    P.O. Box 99604,
               Arlington, TX 76096-9604
11984901      +E-mail/Text: colleen.atkinson@rmscollect.com Jan 01 2014 00:45:02
               Receivables Management Systems,    7206 Hull Streete Road, Ste. 211,    Richmond, VA 23235-5826
11984907       EDI: NEXTEL.COM Jan 01 2014 00:43:00      Sprint,    P.O. Box 4191,   Carol Stream, IL 60197-4191
11984904      +EDI: DRIV.COM Jan 01 2014 00:43:00      Santander Consumer USA,    P.O. Box 961245,
               Forth Worth, TX 76161-0244
11984910      +EDI: AISTMBL.COM Jan 01 2014 00:44:00      T-Mobile,    P.O. Box 53410,   Bellevue, WA 98015-3410
11984915       EDI: DRIV.COM Jan 01 2014 00:43:00      Triad Financial,    5201 Rufe Snow Drive, Suite 400,
               North Richland Hills, TX 76180
12068704       EDI: RECOVERYCORP.COM Jan 01 2014 00:43:00      The Bureaus, Inc.,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11984919      +EDI: WFFC.COM Jan 01 2014 00:43:00      Wells Fargo,    P.O. Box 6995,   Portland, OR 97228-6995
11984920      +Fax: 757-539-0465 Jan 01 2014 01:12:19      William C. Johnson,    424 Market Street,
               Suffolk, VA 23434-5249
11984921      +E-mail/Text: ebankruptcy@woodforest.com Jan 01 2014 00:44:46      Wood Forest National Bank,
               25231 Grogans Milll Road,    The Woodlands, TX 77380-3105
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11984848     ##+Advanced Credit Recovery,    6000 N. Bailey Ave. Ste1 E,    Buffalo, NY 14226-5102
11984862     ##+Credit Adjustment Board,    306 E. Grace Street,    Richmond, VA 23219-1795
11984912     ##+The CBE Group,    131 Tower Park Drive, Ste. 100,    Waterloo, IA 50701-9374
                                                                                              TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0422-8          User: admin                 Page 3 of 3                Date Rcvd: Dec 31, 2013
                              Form ID: B18                Total Noticed: 80
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2013 at the address(es) listed below:
              John C. McLemore    ch7trustee@verizon.net;, VA36@ecfcbis.com;regina_ch7@verizon.net
              Timolyn Whitney Tillman    on behalf of Joint Debtor Tressie Delores Skeeter-White
               tillman@justice.com, barbara@libertylawclinic.com
              Timolyn Whitney Tillman    on behalf of Debtor Tremayne Alderbert  White tillman@justice.com,
               barbara@libertylawclinic.com
                                                                                             TOTAL: 3
```